STEPHEN M. TIGERMAN (State Bar No. 112127)
MIA MATTIS (State Bar No. 191027)
HAROWITZ & TIGERMAN, LLP
450 Sansome St., 3rd Floor
San Francisco, CA 94111
Tel: (415) 788-1588; Fax (415) 788-1598

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLSWORTH and GLORIA ELLSWORTH,<br><br>Plaintiffs,<br><br>vs.<br><br>AC and S, INC., et al,<br><br>Defendants. | Case No.: CV 09-03940 EMC<br><br>**STIPULATION REGARDING DEFENDANT DETROIT DIESEL CORPORATION'S NOTICE OF FEDERAL REMOVAL** ; ORDER<br><br>Complaint Filed: August 21, 2008<br>Trial Date: April 10, 2009 |

    Plaintiffs JAMES ELLSWORTH AND GLORIA ELLSWORTH ("Plaintiffs") and defendant DETROIT DIESEL CORPORATION ("Detroit Diesel"), by and through their attorneys of record, stipulate and agree as follows:

    1.    Prior to filing for bankruptcy, General Motors Corporation on behalf of Detroit Diesel Corporation agreed to settle Plaintiffs' claims against Detroit Diesel Corporation. Plaintiffs have agreed to pursue the settlement funds and claims against Detroit Diesel Corporation solely through the bankruptcy court as part of the Motors Liquidation Corporation bankruptcy.

    2.    Therefore, Plaintiffs and Detroit Diesel Corporation have agreed to dismiss this federal court action with prejudice, with each side to bear their own costs. The parties hereby

STIPULATION RE: DETROIT DIESEL'S NOTICE OF FEDERAL REMOVAL

1

agree that the above-captioned action is dismissed and discontinued with prejudice, as to Defendant Detroit Diesel Corporation only, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

3. Plaintiffs also agreed to dismiss Detroit Diesel with prejudice from the related state court action, with each side to bear their own costs.

IT IS SO STIPULATED.

HAROWITZ & TIGERMAN, LLP

Dated: 9/9/09

_____
Mia Mattis
Attorney for Plaintiffs

LANKFORD & CRAWFORD, LLP

Dated: 9/9/09

_____
Paul V. Lankford
Attorney for Detroit Diesel Corporation

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION RE: DETROIT DIESEL'S NOTICE OF FEDERAL REMOVAL

2